UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 18  AM 11:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Docket No. |
| Plaintiff, | ) '08 MJ 2540 |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| Ismael TORRECILAS, | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **August 15, 2008** within the Southern District of California, defendant, **Ismael TORRECILAS,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **AUGUST, 2008**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
Ismael TORRECILAS

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On August 14, 2008, Border Patrol Agent J. Obermeyer responded to an activation of a seismic intrusion device near the landmark known as the Brickyard. The Brickyard lies on the United States/Mexico International Boundary and two miles east of the Tecate, California Port of Entry.

Upon arriving in the area Agent Obermeyer encountered approximately 10 individuals attempting to conceal themselves in the surrounding brush and boulders. Approximately 5 individuals fled back into Mexico, while the other 5 individuals complied with Agent Obermeyer's command to remain where they were. Agent Obermeyer identified himself as a Border Patrol Agent and questioned them as to their citizenship. Each subject, including one later identified as the defendant Ismael TORRECILAS, freely admitted to being a citizen and national of Mexico and did not possess any valid immigration documents that would allow him to be or remain in the United States legally. On August 15, 2008, at approximately 12:05 A.M., Agent Obermeyer arrested the subjects and transported them to the processing facility in Tecate, California

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on March 6, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights, which he stated he understood and was willing to answer questions without having a lawyer present. The defendant freely admitted to being a citizen and national of Mexico without having any immigration documents allowing him to be or remain in the United States leglly.

**Executed on August 16, 2008 at 10:00 a.m.**

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **August, 15, 2008,** in violation of Title **8,** United States Code, Section **1326.**

Barbara L. Major
United States Magistrate Judge

8/16/08 at 10:23AM
Date/Time